Argued September 20, affirmed September 20, 1971

## STATE OF OREGON, *Respondent, v.* STEVEN RAY EASTON, *Appellant.*

488 P2d 470

*Kenneth A. Morrow,* Eugene, argued the cause for appellant. With him on the briefs were Mulder, Morrow & McCrea, Eugene.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.